UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ABITIA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-02266-SKO<br><br>ORDER<br><br>(Doc. 13) |

Based on the stipulation and unopposed motion of the parties (Doc. 13), **IT IS ORDERED** that the Commissioner's decision regarding Plaintiff's eligibility for disability benefits under Title XVI of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings, including a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court **SHALL** enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner and shall thereafter **CLOSE** this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE